UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

05 - 10634 NG

|  |  |
|---|---|
| DEBRA M. COWLEY,            )<br>     Plaintiff                         )<br>                                        )<br>V.                                    )<br>                                        )<br>AMERICAN CANADIAN CARIBBEAN )<br>LINE, INC.,                        )<br>     Defendant                      )<br>_____) | Civil Action<br><br>No. _____ |

## SEAMAN'S DECLARATION

The Plaintiff, DEBRA M. COWLEY, in the above entitled action was a seaman and claims the benefits of the United States Code, Title 28, Section 1916, which provides that:

"In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor"

Pursuant to 28 USC 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on 29 day of March 2005

_____
Carolyn M. Latti
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000