OAO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEBRA M. COWLEY

V.

AMERICAN CANADIAN CARIBBEAN LINE, INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05 10634 NG

TO: (Name and address of Defendant)

American Canadian Caribbean Line, Inc.
C/O Pasco Gasbarro, Jr., Registered Agent
1500 Fleet Center, Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carolyn M. Latti
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                    MAR 3 1 2005
CLERK                                 DATE

(By) DEPUTY CLERK

## UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DEBRA M COWLEY** <br><br> Plaintiff/Petitioner <br><br> vs. <br> **AMERICAN CANADIAN CARIBBEAN LINE, INC.** <br><br> Defendant/Respondent | Hearing Date: <br><br> CAUSE NO. <br> **05 10634 NG** <br><br> AFFIDAVIT OF SERVICE OF: <br> **SUMMONS IN A CIVIL CASE;PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **18th day of April, 2005, at 12:45 PM**, at the address of **1500 FLEET CENTER, PROVIDENCE, Providence County, RI**; this affiant served the above described documents upon **AMERICAN CANADIAN CARIBBEAN LINE, INC.**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Pasco Gasbarro Jr, Registered Agent**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of ___RI___ that the statement above is true and correct.

*Ernest W Legault* —
**Ernest W Legault, Reg. # 6133, USA Rhode Island**


SUBSCRIBED AND SWORN to before me this 18th day of April, 2005

_signature_  47535   John HATHAWAY
NOTARY PUBLIC in and for the State of **Rhode Island**   1-24-09

| | | |
|---|---|---|
| ABC's Client Name <br> **PFI MISC L** | ORIGINAL PROOF OF SERVICE | ABC Tracking #: **3653150** |