UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-10634-NG

**DEBRA M. COWLEY,**
    **Plaintiff,**

VS.

**AMERICAN CANADIAN CARIBBEAN LINE, INC.,**
    **Defendant.**

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for defendant, American Canadian Caribbean Line, Inc., in the above-entitled action.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

_"/s/ Thomas J. Muzyka"
**Thomas J. Muzyka**
**BBO NO: 365540**
**Robert E. Collins**
**BBO NO: 555843**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated: July 8, 2005