UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

                                            CIVIL ACTION
                                            NO. 05-10634-NG

**DEBRA M. COWLEY,**
    **Plaintiff,**

VS.


**AMERICAN CANADIAN CARIBBEAN LINE, INC.,**
    **Defendant.**

                       <u>NOTICE OF APPEARANCE</u>

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for defendant, American Canadian Caribbean Line, Inc., in the above-entitled action.


                                    By its attorneys,

                                    **CLINTON & MUZYKA, P.C.**



                                    <u>"/s/ Thomas J. Muzyka"</u>
                                    **Thomas J. Muzyka**
                                    **BBO NO: 365540**
                                    **Robert E. Collins**
                                    **BBO NO: 555843**
                                    One Washington Mall
                                    Suite 1400
                                    Boston, MA 02108
                                    (617) 723-9165

Dated:  July 8, 2005