UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-10634-NG

DEBRA M. COWLEY,
    Plaintiff,

VS.

AMERICAN CANADIAN CARIBBEAN
LINE, INC.,
    Defendant.

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify that they have conferred with regards to establishing a budget for costs of conducting this litigation and the possible use of Alternative Dispute Resolution programs and procedures.

| INTERNATIONAL MARINE UNDERWRITERS | CLINTON & MUZYKA, P.C. |
|---|---|
| /s/ Robert Wheeler | /s/ Thomas J. Muzyka |
| Robert Wheeler | Thomas J. Muzyka |
| One Beacon Street | BBO NO. 365540 |
| Boston, MA 02108 | One Washington Mall |
| | Suite 1400 |
| | Boston, MA 02108 |
| | (617) 723-9165 |

Dated: August 10, 2005