UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DEBRA M. COWLEY,<br>    Plaintiff<br><br>V.<br><br>AMERICAN CANADIAN CARIBBEAN<br>LINE, INC.,<br>    Defendant | Civil Action<br><br>No. 05-10634-NG |

## JOINT SCHEDULING STATEMENT

Now comes the parties in the above captioned matter and respectfully submits this joint proposed scheduling statement.

1. <u>Beginning of Unrestricted Discovery</u>

    Completion of automatic discovery and commencement of unrestricted discovery on September 16, 2005.

2. <u>Designation of Plaintiff's Expert Testimony</u>

    Complete designation of expert testimony (including complete answers to expert interrogatories and/or completion of Rule 26 expert materials if required) on or before January 17, 2006.

3. <u>Designation of Defendant's Expert Testimony</u>

    Complete designation of expert testimony (including complete answers to expert interrogatories and/or completion of Rule 26 expert materials if required) on or before February 17, 2006.

    4.    <u>All Dispositive Motions</u>

          All dispositive motions to be filed on or before April 1, 2006.

    5.    <u>Close of Discovery</u>

          All discovery to be concluded on or before March 15, 2006.

    6.    <u>Final Pretrial Conference</u>

          Final pretrial conference to be held on some date on or after April l5, 2006.

    7.    <u>Deposition Testimony to be Used in Lieu of Trial Testimony</u>

          The Parties reserve the right to take de bene esse depositions of witnesses who will be unavailable for trial, at any time up to and including the last Friday preceding the date of trial.

    8.    <u>Ready for Trial</u>

          The parties will be prepared for trial in this matter on or after April l5, 2006.

Plaintiff and Defendant attorneys affirmatively state that they have discussed the probable budget for prosecuting and defending this action with their clients and the signature of the Plaintiff and Defendant will follow.

                        Respectfully submitted for the
Plaintiff, Debra M. Cowley,
by her attorney,

/s/ Carolyn M. Latti
Carolyn M. Latti, BBO 567394
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Respectfully submitted for the
Defendant, AMERICAN CANADIAN CARIBBEAN
LINES, INC.,
by its attorneys,

/s/ Robert E. Collins
Thomas J. Muzyka, BBO #365540
Robert E. Collins, BBO #555843
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108
(617) 723-9165

Dated: August 11, 2005

CERTIFICATE OF SERVICE

  I hereby certify that on August 11, 2005, I electronically filed Joint Scheduling Statement with the Clerk of the Court using CM/ECF system which will send notification of such filing(s) to the following:

    Thomas J. Muzyka,
    Robert E. Collins,
    Clinton & Muzyka, P.C.
    One Washington Mall, Suite 1400
    Boston, MA 02108

    Respectfully submitted for the
    the Plaintiff,


    /s/Carolyn M. Latti
    Carolyn M. Latti
    Latti & Anderson LLP
    30-31 Union Wharf
    Boston, MA 02109
    617-523-1000
    clatti@lattianderson.com