UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBRA M. COWLEY,<br>    Plaintiff<br><br>V.<br><br>AMERICAN CANADIAN CARIBBEAN<br>LINE, INC.,<br>    Defendant | Civil Action<br><br>No. 05-10631-NG |

### AFFIDAVIT

I, DEBRA M. COWLEY, hereby depose and state as follows:

1. I have discussed with my attorneys the probable budget for the costs of conducting the full course – and various alternative courses – of the litigation.

2. I have discussed with my attorneys potential resolution of the litigation through the use of alternative dispute resolution programs.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 5 DAY OF August, 2005.

_____
DEBRA M. COWLEY

Respectfully submitted for the
the Plaintiff, DEBRA M. COWLEY,
by her attorney,

_____
Carolyn M. Latti, BBO 567394
LATTI & ANDERSON LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Dated: