September 9, 2005

United States District Court
 for the District of Massachusetts
One Court House Way
Boston, MA 02109

Attention:        Honorable Judge Nancy Gertner

            Re:  **Debra M. Cowley vs.**
                 **American Canadian Caribbean Line, Inc.**
                 **Civil Action No: 05-10634-NG**

Dear Honorable Judge Gertner:

        As you may recall, this matter involves the alleged
personal injury action brought by Debra M. Cowley against
American Canadian Caribbean Line, Inc.   At the Initial
Scheduling Conference on August 29, 2005, the undersigned
indicated that there was an issue as to whether the matter had
been settled by previous counsel for the plaintiff.   The
undersigned indicated that he would be meeting with the claims
adjuster and would advise the court on September 9, 2005, if
defendant intended to press that issue.   The undersigned advises
the court that the meeting was held and that defendant will
press the argument that the matter had been settled by agreement
between the claims adjuster on behalf of the defendant and
Thomas Hunt, Esquire on behalf of the plaintiff.

        The court also requested a proposed briefing schedule.
Counsel is unable at this time to submit a proposed briefing
schedule because he was advised on September 9, 2005 that
counsel for the plaintiff, Carolyn M. Latti, Esquire, would be
withdrawing.   The undersigned will confer with new counsel for

the plaintiff upon the entry of appearance and submit a proposed briefing schedule.

Respectfully submitted,

"/S/Robert E. Collins"
Robert E. Collins

REC:ab
cc:  Carolyn Latti, Esquire