LAW OFFICES

# THOMAS J. HUNT & ASSOCIATES

COUNSELLORS AT LAW AND PROCTORS IN ADMIRALTY

(508) 994-7300  
(617) 227-8081

18 NORTH WATER STREET  
NEW BEDFORD, MA 02740

(800) 441-4018  
(508) 984-0755 FAX

October 18, 2005

Carolyn M. Latti, Esq.  
Latti & Anderson LLP  
30-31 Union Wharf  
Boston, MA  02109

      RE:    Debra M. Cowley vs. American Candian Caribbean Line, Inc.  
              Civil Action No.:    05-10634NG

Dear Ms. Latti:

      In accordance with our telephone conversation yesterday, it is agreed that my firm's name will appear on the settlement check for the above matter and that my legal fee of $5,000 will be paid.  Also, it is agreed that in addition to my legal fee, my expenses of $738.93 will be reimbursed to me.  These expenses were for medical records, fed ex, copies, phones, travel and investigation on the above claim.

      If there is a problem with the above agreement, please contact me immediately.

      Thank you for your cooperation.

Very truly yours,

*Thomas J. Hunt*  
Thomas J. Hunt

TJH/nmc

cc:    Thomas Muzyka, Esq.  
        Honorable Judge Nancy Gertner