UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEBRA M. COWLEY,                               CIVIL ACTION
    Plaintiff,                                NO: 05-10634-NG

VS.

AMERICAN CANADIAN CARIBBEAN LINE, INC.,
    Defendant.

### STIPULATION OF DISMISSAL

Now come the parties, in the above-entitled action, by their attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-cited action be dismissed with prejudice and without interest, costs or attorneys fees.

Dated this _11_ day of ~~October~~ November, 2005.

PLAINTIFF
LATTI & ANDERSON

_____
Carolyn M. Latti
BBO No. 567394
30-31 Union Wharf
Boston, MA 02109
617-523-1000

DEFENDANT
CLINTON & MUZYKA, P.C.,

_____
Thomas J. Muzyka
BBO NO. 365540
Robert E. Collins
BBO NO. 555843
One Washington Mall
Suite 1400
Boston, MA 02108
617-723-9165